# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ANTHONY D DAVIS,

    Petitioner,

v.

RON HAYNES,

    Respondent.

CASE NO. 3:19-CV-05192-RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 19).

(2) The petition (Dkt. 17) is dismissed without prejudice as successive, and a certificate of appealability shall not be issued.

(3) All pending motions (Dkts. 4, 7, 9, 11, 12, 13, 14, 18) are denied without prejudice.

**DATED** this 28th day of May, 2019.

*(signature)*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1